DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABID REHMAN,**
Appellant,

v.

**FARZANA REHMAN,**
Appellee.

No. 4D21-1826

[January 13, 2022]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 50-2021-DR-001761-XXXX-NB.

Abid Rehman, West Palm Beach, pro se.

Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***